IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD F. RIECKHOFF,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-803-wmc

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice the petition of Ronald F. Rieckhoff for a writ of habeas corpus under 28 U.S.C. § 2254 under Fed. R. Civ. P. 41(b) or, alternatively, for failure to exhaust state court remedies.

By: *[signature]*, Deputy Clerk      1-11-2013
Peter Oppeneer, Clerk of Court      Date